B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## District of Idaho

In re Jose Alberto Esparza
Maria Elena Gordillo Esparza
Debtor(s)

Case No.
Chapter 7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 2,500.00 |
| Prior to the filing of this statement I have received | $ | 2,500.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

■ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

■ Debtor ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [List other services that counsel has agreed to provide]

See attached agreement.

Negotiations with secured creditors for reaffirmation agreements; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; correspondence and communication with Debtor regarding turnover of property of the estate

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

See attached agreement.

Representation of the debtor(s) in any actions objecting to the entry of a discharge, seeking a determination of the dischargeability of any particular claim, or any other adversary proceeding.

Representation of the debtor(s) in any actions seeking dismissal of the case.

The following are post-petition services for which the attorney, by representing the debtor in this case, is bound to provide if necessary, however such services are not contemplated in the fixed fee and will be subject to separate billing: preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods or real property; stay relief proceedings as needed and permissible; objections to claims of exemptions; prosecuting or curing stay violations; motions to abandon property from the bankruptcy estate; motions to compel turnover of propery of the estate; motions to dismiss or other contested matters.

In re Jose Alberto Esparza
Maria Elena Gordillo Esparza
Debtor(s)

Case No.

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

May 21, 2026
*Date*

/s/ D. Blair Clark
D. Blair Clark 1367
*Signature of Attorney*

Law Office of D. Blair Clark, PC
967 E. Parkcenter Blvd., #282
Boise, ID 83706
(208) 475-2050 Fax: (208) 475-2055
dbc@dbclarklaw.com
*Name of law firm*